IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC GATEWOOD** **PLAINTIFF**
**ADC #166860**

v.          **CASE NO. 5:18-CV-00014 BSM**

**M. DEMERY, et al.** **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 5] filed by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, defendant Gibson and plaintiff Gatewood's conditions claims are dismissed.

IT IS SO ORDERED this 26th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE