IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC GATEWOOD**                                                      **PLAINTIFF**
**ADC #166860**

v.                           **CASE NO. 5:18-CV-00014 BSM**

**MICHAEL DEMERY, et al.**                                    **DEFENDANTS**

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 24] have been reviewed. No objections have been filed. After careful review of the record, the proposed findings and recommendations are adopted in their entirety, and defendants' motion for summary judgment [Doc. No. 18] is granted. This case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE